**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7827

In Re:  DARUS ZEHRBACH,

                                              Petitioner.

On Petition for Writ of Mandamus.
(CA-05-79; CR-00-33)

Submitted:  January 27, 2006        Decided:  February 9, 2006

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Darus Zehrbach, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darus Zehrbach has filed a motion for an order of mandamus on an expedited consideration basis, alleging the district court has unduly delayed acting on his motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (2000). He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the motion to expedite and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>